# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 3454 | **DATE** | 10/14/2003 |
| **CASE TITLE** | DIRECTV, INC. vs. STEPHEN PICKERT, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AN ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. The court adopts the reasoning and decisions of two previous judges re motions to dismiss or sever claims and therefore, dismiss without prejudice all defendants other than the first named defendant, Stephen Pickert.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | OCT 1 4 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | 20 |
| | Copy to judge/magistrate judge. | CLERK | | |
| | | 03 OCT 14 AM 9:17 | date mailed notice | |
| LG | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DIRECTV, INC.,  )
 )
    Plaintiff, )
 )
vs. ) No. 03 C 3454
 )
STEPHEN PICKERT, et al., )
 )
    Defendants. )

## MEMORANDUM OPINION AND ORDER

Plaintiff, DirecTV, Inc., brought this action against defendants, Stephen Pickert, Armando Pina, George Shay, Thierry Spung, Bob Stenger, Eric Stortz, and Rocco Weiland, for violations of the Cable Communications Policy Act, 47 U.S.C. § 605(e)(3)(c), and the Electronic Communications Privacy Act, 18 U.S.C. § 2511, among other statutes, as well as civil conversion. Defendant Pickert, joined by defendants Stortz and Pina, moves to dismiss or sever the claims against him.

This action is one of 82 separate actions filed by DirecTV on May 22, 2003. Each action names an average of six defendants who allegedly purchased devices designed to intercept DirecTV signals. The only alleged connection between the various defendants is that the same distributor shipped their individually purchased equipment. Judge Castillo and Judge Conlon have already ruled on similar motions to dismiss or sever claims in two of these cases. *See* DirecTV, Inc. v. Garbutt, 03 C 3499 (June 3, 2003); DirecTV, Inc. v. Smith, 03 C 3540 (Sept. 18, 2003). In both cases the judges ruled that the named defendants were misjoined and dismissed the action without prejudice against all defendants, or against all defendants except

the first-named defendant. We adopt the reasoning of these decisions and dismiss without prejudice all defendants other than the first named defendant, Stephen Pickert.

_____
JAMES B. MORAN
Senior Judge, U. S. District Court

Oct. 14, 2003.